```
2/9/70      ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 2/27/70 in New York.  Copies
                 to Counsel, involved judges and hearing clerk.

2/25/70   1 RESPONSE OF DEF. TANN CO. IN OPPOSITION TO TRANSFER.

2/26/70   2 Addivadit of counsel for defendant TWA in opposition to transfer.

2/27/70   3 Filed Affidavit of counsel for Downey, Administratrix.

3/23/70     Filed Consent of Transfer Court signed by CJ Weinman for assignment to himself
3/23/70     Entered OPINION & Order transferring 3 actions from Mich., E. and one
                 action from N.Y., S. to Ohio, Southern and for assignment of Judge
                 Carl A. Weinman (Per curiam) - distributed to clerks of transferee and
                 transferor courts, transferee and transferor judges, counsel, Panel members,
                 hearing clerk and publishers.

4/2/70      TANN COMPANY V. TRANS WORLD AIRLINES, INC., ET AL, Mich., E., No. 32410
                 CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

4/14/70     TANN COMPANY V. TRANS WORLD AIRLINES, INC., et al, Mich., E., No. 32410
                 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

7/10/70     GEORGE H. HUMPHREY, ETC. V. HERMAN TANN d/b/a TANN CO., ET AL, E.D. MICH.,
                 NO. 32421.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

7/21/70     GEORGE H. HUMPHREY, ETC. V. HERMAN TANN d/b/a TANN CO., et al, E.D. Mich.,
                 No. 32421.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED
                 JUDGES
10/10/74    REMAND REQUEST from Judge Weinman in form of "Application for Transfer"
     (4)             filed in S.D. Ohio on 9/17/74
10/10/74    CRO ENTERED -- (A-12) Tann Co. v. U.S., (E.D. Mich., No. 32842), No. 3834 ML (D)
            CRO ENTERED -- (B-2)  Humphreys v. Tann (E.D. Mich., No. 34221), No. 3834 ML (F)
                 Sent to all counsel and involved judges.

10/23/74 (5) HUMPHREYS V. TANN (E.D. Mich, No. 34221), No. 3834 ML(F)
                 TANN CO. OPPOSITION TO CONDITIONAL REMAND ORDER FILED TODAY.
10/23/74    TANN CO. MOTION AND BRIEF TO VACATE CRO w/cert. of service

10/29/74    (A-12) Tann Co. v. U.S., E.D. Mich., No. 32842), No. 3834 ML (D)
                 CRO final today.  Notified transferee judge, clerk, transferor
                 judge clerk

10/30/74    HEARING ORDER -- Setting (B-1) for hearing today.  Humphreys, etc.
                 v. Tamm, S.D. Ohio, 3834(ML)(F) -- plaintiffs opposition to
                 Conditional Remand Order, November 22, 1974, Washington, D. C.

11/19/74    HUMPHREYS V. TANN (E.D. Mich., No. 34221), No. 3834 ML(F)
                 REQUEST FOR EXTENSION OF TIME TO FILE -- plaintiff Humphreys -- GRANTED
                 to Nov. 21, 1974

11/22/74    (6)  RESPONSE -- HUMPHREYS -- w/cert. of service

1/8/75      HUMPHREYS V. TANN (E.D.MICH., NO. 34221) S.D. Ohio C.A. No. 3834ML (F)
                 OPINION AND ORDER remanding action to the E.D. Michigan for further
                                 proceedings
```

Opinion & Order of March 23, 1970 cited at 310 F. Supp. 798 (1970)

O&O 3/   1/8/75 386 F Supp 208

DOCKET NO. 38

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All Closed

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR DAYTON, OHIO ON MARCH 9, 1967

3/23/70 — S. Ohio — J. Weinman

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Vera F. Downey, etc. v. Trans World Airlines, Inc., et al. — dismissed | Ohio, S. 3521 | Weinman | | |
| A-2 | Pittsburgh National Bank, etc. v. Trans World Airlines, Inc., et al. 5/2/72 (Estate of Margaret Samogala) | Ohio, S. 3563 | Weinman | | |
| A-3 | Virginia Bauer, etc. v. United States of America — dismissed | Ohio, S. 3640 | Weinman | | |
| A-4 | Dennis Charles Markley, etc. v. United States of America — dismissed | Ohio, S. 3641 | Weinman | To S.D. Ohio assigned to J. Weinman 3/23 | |
| A-5 | Ethel A. Strobel, etc. v. United States of America — dismissed | Ohio, S. 3639 | Weinman | | |
| A-6 | Sue A. Clough, etc. v. Tann Company — dismissed | Ohio, S. 3656 | Weinman | | |
| A-7 | Joan G. Schaefer, etc. v. United States of America — dismissed | Ohio, S. 3670 | Weinman | | |
| A-8 | Eliner M. Palmer, etc. v. Trans World Airlines, Inc., et al. dismissed 8/18/72 | Ohio, S. 3777 | Weinman | | Trans. fr Pa., E. No. 44105 |
| A-9 | Julia E. Wilds, etc. v. United States of America — dismissed | Ohio, S. 3782 | Weinman | | Trans. fr. Ill., N. 68-C-1426 |
| A-10 | Dorothy Burgstahler, etc. v. Trans World Airlines, Inc. dismissed 5/3/72 | Mich., E. 32039 | Gubow | 3/23 | 4/20/70 (C) 3834ML |
| A-11 | Eliner M. Palmer, etc. v. Herman Tann d/b/a Tann Company, et al. dismissed 11/3/71 | Mich., E. 30816 | Levin | " | 4/20/70 (B) 3834ML |
| A-12 | Tann Company v. United States of America CRD remanded 10/29/74 | Mich., E. 32842 | ~~Machrowicz~~ | " | 4/20/70 (B) 3834ML |
| A-13 | George H. Humphries, etc. v. United States of America — dismissed | N.Y., S. 69Civ3023 | | " | 4/20/70 (A) 3834ML |
| B-1 / A-14 | Tann Co. v. Trans World Airlines, Inc., et al dismissed 3/23/74 | Mich., E. 32410 | | 1/11/ | 4/20/70 (E) 3834ML |
| B-2 | George H. Humphreys, etc. v. Herman Tann d/b/a Tann Company, et al appealed remanded 1/8/75 | Mich., E. ~~32421~~ | Kaess | 7/21/70 | (F) 3834ML |

DOCKET NO. 38

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR DAYTON, OHIO ON MARCH 9, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Craig Spangenberg, Esquire<br>John A. Harner, Esquire<br>Spangenberg, Hasenflue, Shibley & Traci<br>1500 National City Bank Building<br>Cleveland, Ohio 44114 | TRANS WORLD AIRLINES<br>Clifford Curtner, Esquire<br>Curtner, Selva, Parkin, Seller & Barnhart<br>1012 Third National Building<br>Dayton, Ohio 45402<br>P. G. Pennoyer, Jr., Esquire<br>Chadbourne, Parke, Whiteside & Wolff<br>25 Broadway<br>New York, New York, 10004<br><br>TANN COMPANY<br>Thomas H. Hacke, Jr., Esquire<br>1400 Third National Building<br>Dayton, Ohio<br><br>UNITED STATES OF AMERICA<br>Roger L. Makley, Esquire<br>U. S. District Attorney<br>United States District Court<br>Dayton, Ohio<br>Gerald M. Mayo, Esquire<br>Department of Justice<br>Washington, D. C. 20530 |
| A-3<br>A-4 | John J. Kennelly, Esquire<br>111 West Washington Street<br>Chicago, Illinois 60602<br><br>Nolan, Wolff & Sprowl<br>501 Third National Building<br>Dayton, Ohio 45402 | UNITED STATES OF AMERICA<br>Same as A-1 & A-2 above |
| A-5 | Paul L. Hibbard, Esquire<br>Niemann & Hibbard<br>104 North First Street<br>Watertown, Wisconsin<br><br>Also, same As A-3 & A-4 above (Kennelly) | TRANS WORLD AIRLINES<br>Peterson, Lowry, Rall, Barber & Ross<br>135 South LaSalle Street<br>Chicago, Illinois 60603<br><br>UNITED STATES OF AMERICA<br>Same as A-1 & A-2 above |
| A-6 | Richard H. Finan, Esquire<br>11043 Main Street<br>Cincinnati, Ohio 45241 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-7 | Same as A-3 & A-4 above (Kennelly) also<br>Mack, Grady & Ricca<br>93-22 Jamaica Avenue<br>Woodhaven 21, New York<br><br>John W. Fuhrman, Esquire<br>444 Merrick Road<br>Lynbrook, New York 11563<br><br>Benjamin Horn, Esquire<br>Knott Building<br>Dayton, Ohio 45402 | UNITED STATES OF AMERICA<br>Same as A-1 & A-2 above (Makley) |
| A-8 | Freedman, Borowsky & Lorry<br>(Marvin I. Barish, Esquire)<br>8th Floor, Lafayette Building<br>5th & Chestnut Streets<br>Philadelphia, Pennsylvania 19106 | TRANS WORLD AIRLINES<br>Rawle & Henderson<br>1900 Packard Building<br>15th & Chestnut Streets<br>Philadelphia, Pennsylvania 19102<br><br>UNITED STATES OF AMERICA<br>Drew J. T. O'Keefe, Esquire<br>United States Attorney<br>Philadelphia, Pennsylvania 19107 |
| A-9 | Raymond L. McCloy, Esquire<br>Suite 4000, No. 1 N. LaSalle Street<br>Chicago, Illinois 60602 | UNITED STATES<br>William W. Milligan<br>U.S. Attorney<br>Fed. Bldg., 118 W. 3rd St.<br>Dayton, Ohio 45401 |
| A-10 | Howard Silver, Esquire<br>Sugar, Schwartz, Silver, Schwartz & Tyler<br>950 Guardian Building<br>Detroit, Michigan | Ward<br>Plunkett, Cooney, Rutt & Peacock<br>10th Floor - Guardian Building<br>Detroit, Michigan |
| A-11 | Gussin, Weinstein & Kroll<br>2340 First National Building<br>Detroit, Michigan 48226 | Same as A-10 above |
| A-12 | Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York, New York 10004<br><br>Vandeveer, Doelle, Garzia, Tonkin & Kerr<br>3250 Guardian Bldg<br>Detroit, Michigan 48226 | James Brickley, Esquire<br>United States Attorney, 813 Federal Bldg.<br>Detroit, Michigan 48226 |
| A-13 | Theodore E. Wolcott, Esquire<br>~~36 West 44th Street~~ 198 The Alluster St<br>~~Manhattan, New York 10036~~<br>San Francisco, CA 94102 | U. S. Attorney<br>U. S. Courthouse<br>Foley Square<br>New York, New York 10007 |

38

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 ~~A-14~~ | Same as A-12 (Haight and Vanderveer) | Same As A-10 (Plunkett) |
| B-2 | Markle & Markle<br>1030 Buhl Bldg.<br>Detroit, Michigan 48226<br>*also A-13 (Walcott)* | Same As A-12 (Vandeveer, etc.) |